# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| GS HOLISTIC, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1506-S |
| GREENVILLE TX LLC d/b/a SMOKE CENTER and IBRAHIM CHHAPRA | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court **DENIES** Plaintiff's Motion for Default Final Judgment Against Both Defendants [ECF No. 22] and **ORDERS** Plaintiff to file an amended complaint correcting the deficiencies noted in the Findings, Conclusions, and Recommendation on or before **February 25, 2026**.

**SO ORDERED.**

SIGNED January 21, 2026.

UNITED STATES DISTRICT JUDGE